UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Melissa C.,

    Plaintiff,

    v.

Commissioner of Social Security,

    Defendant.

Case No. 2:23-cv-3405

Judge Michael H. Watson

Magistrate Judge Vascura

## ORDER

Upon joint motion of the parties, ECF No. 7, the Court **REVERSES** the decision of the Commissioner of the Social Security Administration in this case and **REMANDS** this case to the Commissioner of the Social Security Administration for further proceedings pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).

The Clerk shall enter judgment for Plaintiff.

**IT IS SO ORDERED.**

_____
**MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT**